UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GERALD WAYNE HAMPTON** | **CIVIL ACTION NO. 24-cv-124** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WALMART STORE #539 ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Insufficient Service of Process [Doc. No. 16] filed by Defendants Walmart, Inc., Robert Scothorn, and Kendrick Slang is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gerald Wayne Hampton's ("Hampton") Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** and the Motion to Amend/Correct Complaint [Doc. No. 21] is **DENIED AS MOOT.**

**MONROE, LOUISIANA**, this 27th day of November 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**